





FILED

JUL 1 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:11cr299 KJM

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
      v.                       )
                               )
SEALED,                        )
                               )
            Defendant.         )
_____)

SEALING ORDER

      Upon Petition of the United States of America and good cause

having been shown,

      IT IS HEREBY ORDERED that the documents in the above referenced

case shall be sealed until the arrest of the defendant or until

further order the Court.

DATED:    7/14/11

                                    Dale A. Drozd
                                    _____
                                    DALE A. DROZD
                                    United States Magistrate Judge