1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   TODD A. PICKLES
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: 916-554-2700
5

**FILED**

JUL 21 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   CASE NO. 2:11-CR-00299 KJM
                                       )
12                      Plaintiff,     )   Request For Unsealing of
                                       )   Indictment and [Proposed] Order
13  v.                                 )
                                       )
14  VERNON JONES,                      )
                                       )
15                      Defendant.     )
                                       )
16  _____  )

17

18        TO THE HONORABLE GREGORY G. HOLLOWS, UNITED STATES MAGISTRATE

19  JUDGE:

20        COMES NOW Todd A. Pickles, Assistant United States Attorney for

21  the Eastern District of California, to petition this Court and

22  respectfully represent:

23        1.  On July 14, 2011, the Honorable Dale A. Drozd issued an order

24  sealing the Indictment in the above-referenced case until the arrest

25  of the defendant or further order of the Court.

26        2.  As of today, July 20, 2011, agents of the United States have

27  arrested the defendant.  It is now necessary to unseal the indictment

28

                                      1

1   so that the defendant may be fully apprised of the charges against

2   him.

3       THEREFORE, your petitioner prays that the aforesaid Indictment,

4   as well as the Petition to Seal the Indictment, and the Order sealing

5   the Indictment be unsealed and made part of the public record.

6   Dated: July 20, 2011                Respectfully submitted,

7                                       BENJAMIN B. WAGNER
8                                       U.S. ATTORNEY

9                               By:     _____
10                                      TODD A. PICKLES
                                        Assistant U.S. Attorney
11

12

13

14      The Court hereby orders that the Indictment in Case No. 2:11-CR-

15  00299 KJM, as well as the Petition to Seal the Indictment, and the

16  Order sealing the Indictment shall be unsealed and made part of the

17  public record.

18

19  DATED:    _July 20, 2011_____

20
                                        GREGORY G. HOLLOWS
21                                      _____
                                        HON. GREGORY G. HOLLOWS
22                                      United States Magistrate Judge

23

24

25

26

27

28

                                    2