1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2766
   Facsimile: (916) 554-2900
5
   For the UNITED STATES OF AMERICA
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) CR. No. 2:11-CR-00299 KJM
                                    )
12                  Plaintiff,      )
                                    ) STIPULATION AND ORDER TO CONTINUE
13      v.                          ) STATUS HEARING AND TO EXCLUDE TIME
                                    ) UNDER THE SPEEDY TRIAL ACT
14                                  )
                                    ) **[18 U.S.C. § 3161(h)]**
15  VERNON JONES,                   )
                                    )
16                  Defendant.      )
                                    )
17                                  )
                                    )
18  _____)

19      This case is currently scheduled for a status hearing on August

20  25, 2011.  Counsel for the United States has communicated with

21  counsel for defendant, and has been informed that counsel for

22  defendant needs time to review the discovery that has provided in

23  this case, including approximately 300 pages produced by the United

24  States, which is necessary to prepare for his client's defense.

25      Based on these facts, the parties stipulate and agree that the

26  trial delay and exclusion of time requested herein is necessary to

27  provide defense counsel reasonable time to prepare his client's

28  defense taking into account due diligence.  The parties further

                                    1

1  stipulate and agree that the ends of justice to be served by

2  granting the requested continuance outweigh the best interests of

3  the public and the defendant in a speedy trial.  The parties,

4  through their respective counsel, hereby stipulate and agree that

5  the status conference scheduled in this case for August 25, 2011,

6  should be continued until October 13, 2011 at 10:00 a.m.  In

7  addition, the parties stipulate that the time period from August 25,

8  2011, to October 13, 2011, should be excluded under the Speedy Trial

9  Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to

10  the need to provide defense counsel with the reasonable time to

11  prepare.  A proposed order is attached and lodged separately for the

12  Court's convenience.

13                                  Respectfully submitted,

14  DATED: August 15, 2011          BENJAMIN B. WAGNER
                                    United States Attorney

15
                                By: */s/ Todd A. Pickles*
16                                  TODD A. PICKLES
                                    Assistant U.S. Attorney

17
                                    For the United States of America
18

19  DATED: August 15, 2011          DANIEL C. BRODERICK
                                    Federal Public Defender
20
                                By: */s/ Todd A. Pickles for*
21                                  MATTHEW BOCKMON
                                    Assistant Public Defender
22
                                    For Defendant Vernon Jones
23

24

25

26

27

28

                                    2

1

2

3

4                 IN THE UNITED STATES DISTRICT COURT

5             FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,      )  CR. No. 2:11-CR-00299 KJM
                                   )
8                  Plaintiff,      )
                                   )  ORDER TO CONTINUE STATUS HEARING
9        v.                        )  AND TO EXCLUDE TIME UNDER THE
                                   )  SPEEDY TRIAL ACT
10                                 )
                                   )  **[18 U.S.C. § 3161(h)]**
11  VERNON JONES,                  )
                                   )
12                 Defendant.      )
                                   )
13                                 )
                                   )
14  _____)

15       Based on the reasons set forth in the stipulation of the

16  parties filed on August 15, 2011, and good cause appearing

17  therefrom, the Court adopts the stipulation of the parties in its

18  entirety.

19       IT IS HEREBY ORDERED that the status conference currently

20  scheduled for Thursday, August 25, 2011, is VACATED and that the

21  case is SET for a status hearing on **October 13, 2011**, at **10:00 a.m.**

22       The Court further finds that the ends of justice that will be

23  served by granting a continuance outweigh the best interests of the

24  public and the defendant in a speedy trial.  Accordingly, IT IS

25  HEREBY ORDERED that, for the reasons stated in the parties' August

26  15, 2011, stipulation, the time within which the trial of this

27  matter must be commenced under the Speedy Trial Act is EXCLUDED

28  during the time period from August 25, 2011, through October 13,

1   2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local

2   Code T4, due to the need to provide defense counsel with the

3   reasonable time to prepare taking into account due diligence.

4        IT IS SO ORDERED.

5   DATED:  August 17, 2011.

6

7                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28