AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |

UNITED STATES OF AMERICA
                     Plaintiff (s),
V.
VERNON JONES
                     Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:11 cr 00299 KJM

Notice is hereby given that, subject to approval by the court, **VERONON JONES** substitutes
(Party (s) Name)

**GINA TENNEN**, State Bar No. **243486** as counsel of record in
(Name of New Attorney)

place of **MATTHEW C. BOCKMON, ASSISTANT FEDERAL DEFENDER**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: LibertyBell Law Group
    Address: 245 E. Olive Ave, 4th Floor, Burbank, CA 91502
    Telephone: (818) 563-2355    Facsimile (818) 748-1515
    E-Mail (Optional): ginatennen@libertybellaw.com

I consent to the above substitution.
Date: 8/23/2011
(Signature of Party (s))

I consent to being substituted.
Date: 8/23/2011
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/23/2011
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]