HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
VERNON JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>VERNON JONES,<br><br>            Defendant. | No.  Cr. S 11-299 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable KIMBERLY J. MUELLER |

Defendant, VERNON JONES by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On February 13, 2013, this Court sentenced Mr. Jones to a term of 63 months imprisonment;

3.      His total offense level was 25, his criminal history category was IV, the resulting guideline range was 84 to 105 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

    4.    The sentencing range applicable to Mr. Jones was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

    5.    Mr. Jones's total offense level has been reduced from 25 to 23, and his amended guideline range is 70 to 87 months; a reduction comparable to the one received at the initial sentencing would produce a term of 60 months;

    6.    Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Jones's term of imprisonment to 60 months.

Respectfully submitted,

Dated:  February 19, 2015                                   Dated:   February 19, 2015

BENJAMIN B. WAGNER                                HEATHER E. WILLIAMS
United States Attorney                                    Federal Defender


 /s/ *Jason Hitt*                                                      /s/ *David M. Porter*
JASON HITT                                                     DAVID M. PORTER
Assistant U.S. Attorney                                  Assistant Federal Defender

Attorney for Plaintiff                                         Attorney for Defendant
UNITED STATES OF AMERICA                    VERNON JONES

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Jones is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 70 to 87 months.  A reduction comparable to the one received at the initial sentencing would produce a term of 60 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2013 is reduced to a term of 60 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

1  reduction in sentence, and shall serve certified copies of the amended judgment on the United
2  States Bureau of Prisons and the United States Probation Office.
3      Unless otherwise ordered, Mr. Jones shall report to the United States Probation Office
4  within seventy-two hours after his release.
5  Dated:   February 23, 2015

_____
UNITED STATES DISTRICT JUDGE