AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:11-cr-00299-KJM   Document 56   Filed 03/10/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No: 2:11CR00299 KJM |
| VERNON JONES | ) | |
| | ) | USM No: 66326-097 |
| Date of Original Judgment: 02/13/2013 | ) | |
| Date of Previous Amended Judgment: | ) | David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 63 months **is reduced to** 60 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/19/2013 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/10/2015

*/s/ Kimberly J. Mueller*
UNITED STATES DISTRICT JUDGE

Effective Date: 11/1/2015
*(if different from order date)*

District Judge Kimberly J. Mueller
*Printed name and title*